UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WELLS FARGO CLEARING SERVICES, LLC, | § § § § § § § § § § § | |
| *Movant*, | | |
| v. | | Civil Action No. 3:25-CV-00671-X |
| CAROL MILLER, | | |
| *Respondent*. | | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Wells Fargo Clearing Services LLC's (Wells Fargo) Motion for Default Judgment. (Doc. 15). Having considered the motion and applicable law, the motion is **DENIED**. The Court concludes that default judgment under Federal Rule of Civil Procedure 55 of Civil Procedure is not available in this action to confirm an arbitration award.[1] An application under the Federal Arbitration Act to confirm an arbitration award is a *motion* not a complaint.[2] And Rule 55 applies "applies to civil actions where the court has nothing other than the allegations of the complaint before it."[3]

But that does not mean respondents do not have to appear and respond to motions to confirm arbitration awards. Although Rule 55 does not apply, Wells Fargo

---

[1] *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 107 (2d Cir. 2006).

[2] *See* 9 U.S.C. § 6 ("Any application to the court hereunder shall be made and heard in the manner provided by law for the making and hearing of motions").

[3] *Accelerated Sols., LLC v. Star Med. Ctr., LLC*, No. 4:20-CV-499-SDJ, 2021 WL 3128540 (E.D. Tex. July 23, 2021).

can get similar relief by moving for summary judgment under Rule 56. Accordingly, the motion is **DENIED**. The Court directs Wells Fargo to file a motion for summary judgment within 30 days.

    **IT IS SO ORDERED** this 6th day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE